IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CIAN IP LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AGILENT TECHNOLOGIES, INC.,<br><br>    Defendant. | Civil Action No. 3:11-cv-3351<br><br>JURY TRIAL DEMANDED |

**ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT**

This is an action for patent infringement in which Plaintiff Cian IP LLC ("Cian IP") makes the following allegations against Defendant Agilent Technologies, Inc. ("Agilent").

**BACKGROUND**

1.  Cian IP is the owner by assignment of United States Patent No. 5,659,680 ("the '680 Patent") entitled "PC Compatible Modular Based Diagnostic System."

2.  This is a patent infringement action alleging that Agilent has infringed and continues to infringe the '680 Patent without a license.

3.  Cian IP seeks monetary damages of no less than a reasonable royalty pursuant to 35 U.S.C. § 284. Cian IP also seeks injunctive relief to prevent further infringement of the '680 Patent.

**PARTIES**

4.  Plaintiff Cian IP LLC is a Texas limited liability company with its principal place of business at 3301 W. Marshall Avenue, Suite 303, Longview, Texas 75604.

5.  On information and belief, Defendant Agilent Technologies, Inc. is a Delaware corporation with its corporate headquarters and principal place of business at 5301 Stevens

Creek Boulevard, Santa Clara, California 95051.  Agilent Technologies, Inc. may be served via its registered agent for service of process, C T Corporation System, 350 N. St. Paul Street, Suite 2900, Dallas, Texas 75201.

## JURISDICTION AND VENUE

6.This action arises under the patent laws of the United States, Title 35 of the United States Code.  This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

7.This Court has personal jurisdiction over Agilent.  Agilent has conducted and does conduct business within the State of Texas.  Agilent, directly and/or through intermediaries (including other Agilent entities, subsidiaries, distributors, sales agents, and others), ships, distributes, offers for sale, sells, and/or advertises its products (including, but not limited to, the products that are accused of infringement in this lawsuit) in the United States, the State of Texas, and the Northern District of Texas.  Agilent (directly and/or through intermediaries, including other Agilent entities, subsidiaries, distributors, sales agents, and others) has purposefully and voluntarily placed one or more of its products (including, but not limited to, the products that are accused of infringement in this lawsuit), as described below in Count 1, into the stream of commerce with the expectation that they will be purchased by customers in the Northern District of Texas.  These infringing products have been and continue to be purchased by customers in the Northern District of Texas.  Agilent has committed the tort of patent infringement within the State of Texas, and, more particularly, within the Northern District of Texas as alleged in more detail below.

8.Venue is proper in this district under 28 U.S.C. §§ 1391 and 1400(b).

## COUNT I

## INFRINGEMENT OF U.S. PATENT NO. 5,659,680

9. Cian IP refers to and incorporates herein the allegations of Paragraphs 1 through 8 above.

10. United States Patent No. 5,659,680 ("the '680 Patent"), entitled "PC Compatible Modular Based Diagnostic System," was duly and legally issued by the United States Patent and Trademark Office on August 19, 1997 after a full and fair examination. A true and correct copy of the '680 Patent is attached as Exhibit A.

11. Cian IP is the sole assignee of the '680 Patent and has the exclusive right to sue for infringement and recover damages.

12. Agilent has infringed and continues to infringe the '680 Patent by making, using, offering to sell, selling (directly or through intermediaries or authorized agents under Agilent's control), and/or importing, in this judicial district and elsewhere in the United States, certain PC based modular test systems that use and embody the patented inventions claimed in the '680 Patent. The infringing PC based modular test systems include, without limitation, systems sold under the following product family names: Agilent PCIe Test Solutions, Agilent PXI/PXIe Modular Systems, and Agilent AXIe Modular Systems. Upon information and belief, Agilent's infringing systems may be made, used, sold, offered for sale, and/or imported under other product names, product family names, and/or model numbers. Agilent is thus liable for direct infringement of the '680 Patent pursuant to 35 U.S.C. § 271(a).

13. Pursuant to 35 U.S.C. §284, Cian IP is entitled to recover from Agilent the damages sustained by Cian IP as a result of Agilent's wrongful acts in an amount subject to proof at trial, no less than a reasonable royalty.

14. Agilent's infringement of the '680 Patent will continue to damage Cian IP, causing irreparable harm for which there is no adequate remedy at law, unless Agilent is enjoined by this Court.

## JURY DEMAND

15. Cian IP hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

## PRAYER FOR RELIEF

16. Plaintiff Cian IP LLC respectfully requests this Court to enter judgment in its favor against Agilent, granting the following relief:

   A. An adjudication that Agilent has infringed and continues to infringe the '680 Patent;

   B. An award to Cian IP of damages adequate to compensate it for Agilent's acts of infringement, no less than a reasonable royalty, together with prejudgment interest;

   C. An award of Cian IP's costs of suit and reasonable attorneys' fees pursuant to 35 U.S.C. § 285 due to the exceptional nature of this case, or as otherwise permitted by law;

   D. A grant of permanent injunction pursuant to 35 U.S.C. § 283, enjoining Agilent from further acts of infringement; and

   E. Any further relief that this Court deems just and proper.

Date:  December 5, 2011                           Respectfully Submitted:


                                                        /s/ Donald Puckett
Donald Puckett
Texas Bar No. 24013358
Paul J. Skiermont
Texas Bar No. 24033073
Amy E. LaValle
Texas Bar No. 24040529
**SKIERMONT PUCKETT LLP**
2200 Ross Avenue, Suite 4301W
Dallas, Texas 75201
(214) 978-6600 (telephone)
(214) 978-6601 (facsimile)
donald.puckett@skiermontpuckett.com
paul.skiermont@skiermontpuckett.com
amy.lavalle@skiermontpuckett.com

Andrew W. Spangler
Texas Bar No. 24041960
**SPANGLER LAW P.C.**
208 N. Green Street, Suite 300
Longview, Texas 75601
(903) 753-9300 (telephone)
(903) 553-0403 (facsimile)
spangler@spanglerlawpc.com

*Counsel for Plaintiff*
*Cian IP LLC*

5